EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br> José G. Santo Domingo Vélez | 2015 TSPR 155 <br><br> 194 DPR ____ |

Número del Caso: TS-19,738

Fecha: 25 de noviembre de 2015

Abogada de la Peticionaria:

    Por derecho propio

Materia: Readmisión al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte*

José G. Santo Domingo Vélez                    TS-19,738

RESOLUCIÓN

San Juan, Puerto Rico, a 25 de noviembre de 2015

Atendida la *"Moción sobre Readmisión al Ejercicio de Abogado y Notario"*, presentada por la parte peticionaria de epígrafe, se provee ha lugar.

Se ordena la reinstalación del señor Santo Domingo Vélez al ejercicio de la abogacía y la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo